Ratzesberger, Appellant, *v.* Rockwell.

Argued April 23, 1965. Before BELL, C. J., MUS-MANNO, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry A. Englehart, Jr.,* with him *Thomas B. Steiger,* for appellant.

*George S. Black,* for appellee.

OPINION PER CURIAM, June 30, 1965:
Judgment affirmed.
Mr. Justice ROBERTS would grant a new trial because of error in the trial court's charge.